IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CHRISTOPHER BENTON,**

    **Plaintiff,**

vs.                                                 5:04-CV-042-SPM/AK

**J.A. PETERS AND CYNTHIA DAVIS,**

    **Defendants.**

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

    **THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 30) dated April 25, 2005.  The parties have been furnished a copy and have been afforded an opportunity to file objections.   The United States filed an objection (doc. 31) on May 13, 2005.

    Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made. The Government, while not disagreeing with the magistrate's ultimate finding, argues that Plaintiff's claim should still be barred by Heck v. Humphrey, 512 U.S. 477 (1994).  This argument does not change the outcome of the case, but I note

the objection for the record.  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's report and recommendation (doc. 30) is adopted and incorporated by reference in this order.

2. Defendant's motion for summary judgment (doc. 20) is granted.

3. This case is dismissed for failure to state a cause of action.

4. The clerk shall note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**DONE AND ORDERED** this <u>thirty-first</u> day of May, 2005.

<u>    s/ Stephan P. Mickle    </u>
Stephan P. Mickle
United States District Judge

/pao